IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BETTY GEORGES; and BRYANNA STOKES,<br><br>      Plaintiffs,<br><br>    v.<br><br>CHARLTON COUNTY SHERIFF'S OFFICE,<br><br>      Defendant. | CIVIL ACTION NO.: 5:22-cv-78 |

**O R D E R**

Presently before the Court is Plaintiffs' Motion to Appoint Counsel.[1]  Doc. 6.  In this civil case, Plaintiffs have no constitutional right to the appointment of counsel.  Howard v. United States, CV 121-118, 2021 WL 5458434, at *1 (S.D. Ga. Oct. 27, 2021) (citing Dean v. Barber, 951 F.2d 1210, 1216 (11th Cir. 1992)).  The appointment of counsel in a civil case is a "privilege justified only by exceptional circumstances."  Id.  The Court has reviewed the record and pleadings in this case and finds no "exceptional circumstances" warranting the appointment of counsel.  This case is not so complex legally or factually to prevent Plaintiffs from presenting the essential merits of their position to the Court, and they do not argue a contrary position.  Additionally, Plaintiffs paid the filing fee in this case.  Thus, Plaintiffs are not indigent, which means this Court cannot appoint an attorney for them under 28 U.S.C. § 1915(e)(1).  See Brown v. John Deere Prod., 460 F. App'x 908, 909 (11th Cir. 2012) (noting a court has the discretion to

---

[1] The docket also states there is a pending Motion for Lawsuit to Be Served.  Doc. 7.  However, upon opening review, it is clear this is merely a duplicate of the Motion to Appoint Counsel.  Thus, I **DIRECT** the Clerk of Court to **TERMINATE** this "Motion."  Doc. 7.

appoint counsel for an indigent plaintiff).  For these reasons, the Court **DENIES** Plaintiffs' Motion to Appoint Counsel.

**SO ORDERED**, this 5th day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA