# In the United States District Court for the Southern District of Georgia Waycross Division

BETTY GEORGES and BRYANNA STOKES,

    Plaintiffs,

v.

CHARLTON COUNTY SHERIFF'S OFFICE,

    Defendant.

CV 522-078

## ORDER

By Order dated June 26, 2023, the Court gave Plaintiffs fourteen (14) days to show cause why they have not effected service on Defendant in this case. Dkt. No. 13. The Court warned Plaintiffs that their "failure to comply with the Court's Order will result in dismissal of this action without prejudice." Id. Plaintiffs have filed no response, and the time for doing so has passed. Accordingly, Plaintiffs' claims against Defendant are **DISMISSED** without prejudice. Fed. R. Civ. P. 4(m); 12(b)(5). The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 14 day of July, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA